AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

Dwight Mabry    Clifton J. Curtis
DOB:
PDID:

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

FILED
APR 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 - 0 2 4 3 M - 0 1
05 - 0 2 4 3 M - 0 2

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __APRIL 28, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __AGENT TIMOTHY ERVIN__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes  ☐ No

_____
Signature of Complainant
AGENT TIMOTHY ERVIN
FEDERAL BUREAU INVESTIGATION

Sworn to before me and subscribed in my presence,

APR 29 2005  Deborah A. Robinson
Date        U.S. Magistrate Judge

at    Washington, D.C.
      City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer