AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

Dwight Mabry    Clifton J. Curtis
DOB:
PDID:

(Name and Address of Defendant)

**AMENDED CRIMINAL COMPLAINT**

FILED APR 29 2005
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 05-243M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 1, 2005__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __AGENT TIMOTHY ERVIN__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant
AGENT TIMOTHY ERVIN
FEDERAL BUREAU INVESTIGATION

Sworn to before me and subscribed in my presence,

4/29/05    at    Washington, D.C.
Date                    City and State
Deborah A. Robinson
United States Magistrate Judge
Name & Title of Judicial Officer    Signature of Judicial Officer