UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Criminal No. 05-0243M-01 |
| | : |
| V. | : |
| | : |
| | : |
| | : |
| **Clifton Curtis** | : |

**UNOPPOSED MOTION FOR CHANGE OF CONDITIONS OF DETENTION**

The defendant, Clifton Curtis, through undersigned court-appointed counsel, respectfully moves this Court for entry of an Order directing the D.C. Department of Corrections to detain the defendant pending trial at the CCA or Correctional Treatment Facility and to immediately transfer him from the D.C. Jail. Counsel has advised Mr. William O'Malley, the Assistant United States Attorney assigned to this case, of the defendant's medical needs relating to his heart and other problems and has no opposition to this motion and joins in the request.

Respectfully submitted,

_____
John J. Carney
Carney and Carney
601 Pennsylvania Ave., N.W.
Suite 900
Washington, D.C. 20004
(202) 434-8234
Bar No. 241-745

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**         :
                                      : Criminal No. 05-0243M-01
                                      :
   V.                                 :
                                      :
                                      :
                                      :
**Clifton Curtis**                    :

ORDER

Upon motion of the Defendant to be detained pending trial at the Correctional Treatment Facility (CCA), and good cause having being shown, the Court,

**Grants** the request and Orders the D.C. Department of Corrections to move the defendant Clifton Curtis forthwith to the Community Correctional Facility.

**SO ORDERED** this_____day of_____, 2005.

_____
United States District Judge