IN THE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | * |
| | *   Crim. No.: 05-202 |
| CLIFTON CURTIS, | * |
| | * |
| Defendant, | * |
| | * |

\*   \*   \*   \*   \*   \*   \*

## LINE OF APPEARANCE

Please enter the appearance of Brian K. McDaniel, Esq. and McDaniel and Associates P.A. at 1211 Connecticut Ave. N.W., Suite #506, Washington, D.C. 20036 as counsel for the defendant Mr. Clifton Curtis in the above captioned matter. Mr. Clifton Curtis retained Mr. McDaniel in this matter.

Brian K. McDaniel is a member of the District Columbia Bar and is in good standing.

Respectfully Submitted,

_____/S/_____
Brian K. McDaniel
McDaniel & Assoc. P.A.
1211 Connecticut Ave. N.W.
Suite #303
Washington, D.C. 20036
Telephone 202 331-0793
Counsel for the Defendant

CERTIFICATE OF MAILING

I HEREBY CERTIFY, that on this 3rd day of June, 2005 the above line of appearance was filed electronically and a copy will be forwarded to the Assistant United States Attorney in this matter.

_____/s/_____
Brian K. McDaniel, Esq.