**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal Division)**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**            ) | |
| ) | |
| v.                                      ) | Crim. Case No. CR-05-202-01 |
| ) | Status Date June 22, 2005 |
| **CLIFTON CURTIS**                      ) | The Hon. Jud. Robertson |
| ) | |
| **Defendant.**                          ) | |

**DEFENDANT'S REQUEST FOR RECONSIDERATION
OF DETENTION ORDER**

COMES NOW, the Defendant, Mr. Clifton J. Curtis, pursuant to 18 U.S.C. § 3145(b) by and through his counsel, Brian K. McDaniel and McDaniel & Asso. P.A. hereby praying this Honorable Court to reconsider the release of the defendant and revocation of an order of pretrial detention entered by the Honorable Magistrate Judge Kay. The defendant requests the fashioning of conditions of release which are consistent with the defendant's prior criminal history, the nature of the charges at bar and those recommendations made by the pretrial services department. In support of the aforementioned the defendant states the following:

**Facts Common To All Counts:**

Mr. Curtis is the subject of an indictment which alleges in one count of Conspiracy to Unlawfully Possess with Intent to Distribute Cocaine, in violation of Title 21, U.S.C. §841(a)(1) and 841(b)(1)(B)(iii). It is alleged by complaint that on two occasions during 2005 Mr. Curtis was involved in the street level sale of an amount of "crack" cocaine to a cooperating witness in connection with a sting operation being conducted by the Metropolitan Police Department. Subsequent to these alleged sales, it is

alleged that a search of a sports wear store which was being operated by Mr. Curtis and two other individuals resulted in the discovery of an amount of cocaine hydrochloride hidden within the store location.

**Argument:**

1.      The defendant by his previous counsel, Mr. Carney, did orally move and request that he be released on his personal recognizance at the conclusion of the original detention hearing. (The defendant incorporates by reference all of the representations outlined in the original request.)

2.      Mr. Curtis is a life long resident of the Metropolitan area having lived with his mother in the District of Columbia during his formative years. Prior to his arrest, Mr. Curtis resided with his wife, at the 13243 Whiteholm Drive, Upper Marlboro, 20774 address.

3.      Counsel by this petition requests that the Mr. Curtis be assessed by agents of the pretrial services department to determine his eligibility for participation in the Heightened Supervision Program. Counsel has verified that Mr. Curtis' wife, does reside at the aforementioned address. Mrs. Curtis did represent that she would be willing to allow Mr. Curtis to reside with her at the above address during the pendency of this matter and to make whatever modifications were necessary to the phone service within the home for compliance with the strictures of the program.

4.      In addition, at the time of his arrest, Mr. Curtis was employed by the "Two Man Gear" sportswear store. In light of the allegations levied in this matter, it would not be the intent of Mr. Curtis to resume his employment with said establishment. However, a Mr. Peter Brown, Owner and Operator of the "Mow-Me-Down Landscaping Service" at 7000

Berkshire Drive in Campsprings Maryland has represented that, should Mr. Curtis be released pursuant to this petition, he would be given a position as a Landscaper Assistant. (See Attached Letter from Mr. Peter Brown).

5.      The defendant's prior criminal history consists of 1 prior conviction for Misdemeanor Attempted Possession of P.C.P. for which he received a two month sentenced all of which was suspended, and one year of supervised probation.  Mr. Curtis has never been arrested for a violent offense.

6.      The strictures of the pre-trial heightened supervision program would sufficiently address the considerations before this court as it relates to the bond request for Mr. Curtis. The Heightened Supervision Program will mandate that Mr. Curtis either be at his place of employment or at the above address at all times. This will significantly restrict the movement of Mr. Curtis and would minimize any threat to the public safety that Mr. Curtis may represent through any connection with the drug trade. In addition there are no failures to appear, Escapes or B.R.A. violations in the criminal history of Mr. Curtis which suggests that his significant and lengthy connection with the Metropolitan Area make him unlikely to fail to appear in this matter.

        WHEREFORE, for the reasons stated above, the Defendant, Clifton J. Curtis, respectfully requests that this Honorable Court review his conditions of release.

                                                Respectfully Submitted,

                                                _____
                                                Brian K. McDaniel, Esq.
                                                McDaniel & Asso. P.A.
                                                1211 Connecticut Avenue
                                                Suite 506
                                                Washington, DC 20036
                                                (202) 331-0793
                                                Counsel for Defendant

**CERTIFICATE OF SERVICE**

      I, HEREBY CERTIFY that that on the 21st day of June, 2005 a copy of the foregoing Request For Reconsideration Of Detention Order was sent postage prepaid and by facsimile to, Assistant United States Attorney, Criminal Division: Narcotics Section, 555 4th Street, N.W., Room 4822, Washington, DC 20001 and the Clerk of the Court for The United States District Court for the District of Columbia.

                                                                                                 Brian K. McDaniel