UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal Nos. 05-202-01 (JR) |
| | : |
| CLIFTON JAMES CURTIS | : |
| | : |
| **Defendant** | : |

**GOVERNMENT'S PROPOSED WAIVER OF CONFLICT**

The United States of America, by its attorney, the United States Attorney for the District of Columbia, pursuant to the Court's Order of July 6, 2005, submits the following proposal[1] for a written waiver of conflict of interest by the defendant, Clifton James Curtis.

*Proposed Waiver*

1.      I have been advised by the United States that Mr. Brian McDaniel, Esquire, has had an attorney client relationship with certain persons with whom the government is aware I have dealt with in the past. The government has further advised me that any attempt on my part to earn sentencing consideration from the United States would require that I discuss my dealings with those persons. Such discussions must take place in the presence of my attorney and because Mr. McDaniel has an attorney client relationship with those persons, for the security of their investigation and the safety of law enforcement personnel and persons cooperating with law enforcement in that investigation as well as the safety of innocent third parties, the United States cannot discuss those persons with me in the company of Mr. McDaniel. This will result in the United States declining to file any motion pursuant to § 5K1.1 of the Federal Sentencing Guidelines and will limit a sentencing court's authority to depart from the sentencing range under the Federal Sentencing

---

[1] Attachment A to this pleading is a final version of the waiver for use by the Court.

Guidelines. Additionally, the United States will decline to file a departure motion pursuant to 18 United States Code, § 3553(e), and the court may be without any authority to depart below the statutory mandatory minimum sentence of ten (10) years required by 21 United States Code, § 841(b)(1)(A)(iii).

2. On June 22, 2005, I was advised of the above discussed matters by the Court. I was further advised by the Court on that date that I am entitled to representation by an attorney who is free of any conflict and that if I cannot afford such an attorney, the Court will appoint a fully qualified attorney to represent me free of charge.

3. Having been advised of all these matters and after careful consideration of these matters over the past three weeks, and their effect on my defense and on my sentence, I have decided to waive any objection to any conflict of interest presented by Mr. McDaniel's representation of me in this matter or by any persons he might employ to assist in his representation of me. I am also aware that signing this waiver will substantially affect my ability to raise the question of conflict of interest on appeal should I be convicted.

**WHEREFORE,** the United States respectfully requests that defendant be required to execute a waiver as set out above and more completely represented by Attachment A to this pleading.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____/s/_____
WILLIAM J. O'MALLEY, JR
Assistant United States Attorney

_____/s/_____
EMORY V. COLE
Assistant United States Attorney

*Certificate of Service*

  **I HEREBY** certify that I have caused a copy of the foregoing government's Proposed Waiver of Conflict to be served by mail, postage prepaid, upon counsel, for defendant Brian McDaniel, 1211 Connecticut Ave., NW., Washington, D.C., 20036; this 6th day of July, 2005.

              /s/
              WILLIAM J. O'MALLEY, JR.
              Assistant United States Attorney
              D.C. Bar No. 166-991
              555 Fourth Street, N.W.
              Washington, D.C. 20001
              (202) 305-1749

**Attachment A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal Nos. 05-202-01 (JR) |
| | : | |
| **CLIFTON JAMES CURTIS** | : | |
| | : | |
| **Defendant** | : | |

**DEFENDANT'S WAIVER OF CONFLICT OF INTEREST**

1.  I, Clifton James Curtis, have been advised by the United States that Mr. Brian McDaniel, Esquire, has had an attorney client relationship with certain persons with whom the government is aware I have dealt with in the past. The government has further advised me that any attempt on my part to earn sentencing consideration from the United States would require that I discuss my dealings with those persons. Such discussions must take place in the presence of my attorney and because Mr. McDaniel has an attorney client relationship with those persons, for the security of their investigation and the safety of law enforcement personnel and persons cooperating with law enforcement in that investigation as well as the safety of innocent third parties, the United States cannot discuss those persons with me in the company of Mr. McDaniel. This will result in the United States declining to file any motion pursuant to § 5K1.1 of the Federal Sentencing Guidelines and will limit a sentencing court's authority to depart from the sentencing range under the Federal Sentencing Guidelines. Additionally, the United States will decline to file a departure motion pursuant to 18 United States Code, § 3553(e), and the court may be without any authority to depart below the statutory mandatory minimum sentence of ten (10) years required by 21 United States Code, § 841(b)(1)(A)(iii).

2.      On June 22, 2005, I was advised of the above discussed matters by the Court. I was further advised by the Court on that date that I am entitled to representation by an attorney who is free of any conflict and that if I can not afford such an attorney, the Court will appoint a fully qualified attorney to represent me free of charge.

3.      Having been advised of all these matters and after careful consideration of these matters over the past three weeks and their effect on my defense and on my sentence, I have decided to waive any objection to any conflict of interest presented by Mr. McDaniel's representation of me in this matter or by any persons he might employ to assist in his representation of me. I am also aware that signing this waiver will substantially effect my ability to raise the question of conflict of interest on appeal should I be convicted.

                      CLIFTON JAMES CURTIS, Defendant

Signed by defendant in open court this _____ day of July 2005. Let this be filed.

                      JAMES ROBERTSON
                      United States District Judge