UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | } | |
| | } | |
| v. | } | Crim No. 05-202-01 (JR) |
| | } | |
| CLIFTON JAMES CURTIS | ) | |
| _____ | } | |

**NOTICE OF APPEARANCE**

COMES NOW, James W. Rudasill, Jr., #318113, pursuant to Local Criminal Rule 44.5(a) and respectfully request that the Clerk of the Court enter his appearance in this case as appointed counsel for the defendant, Clifton James Curtis, *nunc pro tunc,* on July 15, 2005.  Counsel further informs that Court that his has met with Mr. Curtis' prior counsel, Bryant McDaniel, Esquire, and has obtained copies of all pertinent files and records compiled by Mr. McDaniel during the course of his representation of Mr. Curtis.

Respectfully submitted,

_____
James W. Rudasill, Jr #318113
717 D Street, N.W.
Suite 310
Washington, D.C.  20004
(202) 783-7908

CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice was served by mail on William O'Malley, Esq., and Emory Coles, Esq., Assistant United States Attorneys, 555 Fourth Street, NW, Washington, D.C.  20001, and Bryant McDaniel, Esq., 1211 Connecticut Avenue, N.W. Ste 303, Washington, D.C. 20036.

_____
James W. Rudasill, Jr.