CR 05-0202

March 30, 2006

**FILED**

APR 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge Robertson,

Hello my name is Erica Nabinett and I am the wife of Clifton Curtis. I just felt the need to write to you about my husband and his case. I can honestly tell you that I really don't know a lot about our judicial system but I have much faith in it. I know that by you being a judge you see a lot of nonsense in you courtroom and it takes a toll on you at times. I pray everyday that God give you all a strong mind and a warm heart. I want you to know that Clifton is a very good person. Yes, a person who makes bad judgments sometimes but a person who would give you the shirt off his back. A person who always wanted to do right but found it hard at times because was scared to fail. He is the only person that I know will try to put up a front like everything is okay but is hurting inside. We have been married for 9 years and he has changed for the better. I know that sometimes people say yeah they always change when they go to jail but I know him better than he knows himself. I know that he keeps his word and I know that he promised God that he will never stray. It took him to go to jail to realize what a family really needs that someone who will provide and do it the right way always. I see the affect that it has on my life and my sons life to not have him here with us. I try to stay strong but we all have to learn. I know that God will never forsake us and he will deliver us all. I pray that you would be a forgiving judge and a judge who gives second chances. He will be one person that you will never see in your courtroom. He is not a monster and never will be. He is my life and I just ask that you would give him a second chance in proving himself worthy to be free. May God bless you everyday of your life. Thank you for taking extra time into his case.

Sincerely,
Erica Nabinett

*Leave to file granted*
*[signature]*
*USDJ*