May 5, 2006

FILED CR 05-0202-01

MAY 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge James Robertson,

I'm writing on behalf of my brother Clifton Curtis. Clifton is a great man, he's never been in any trouble and he's never been convicted of any crime. I am Clifton's third oldest sibling. Growing up my mother raised five children on her own, which wasn't easy but, we made it and we had a good times, even though Clifton's the youngest of five he still wanted to protect his three older sisters. Clifton was always there when I needed him anytime day or night. Clifton is not only a great brother he's a great son, husband, uncle, great uncle, brother in law, friend and most of all the best father his son Clifton could ask for. Unfortunately we all are human beings and we do make mistakes in life. I know within my heart my brother has learned a very valuable lesson from the mistakes that he has made. As his oldest sister Clifton has always looked up to me for guidance and support but at this time I can only pray for him and ask god to forgive him.

Thank you,

Mrs. Veronica Vines

5/4/06
Leave to file granted.
[signature]
USDJ