May 5, 2006

CR 05-0202-01

**FILED**

MAY 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Judge James Robertson,

My name is Hazel Curtis the mother of Clifton Curtis. I'm writing to hope this makes a difference in how you sentence Clifton. As his mother I had no problems with him growing up as a child. As a boy he's done boy things but I never had any major problems with him growing up. Being a single mother raising 5 children on my own Clifton being the youngest I did the best I could and he gave me no problems. I know if he did anything wrong he needs to be punished, but let him come home to raise his son. He's a good father and a good man. Right now all I can do is pray for my son and hope for the best. If you need or want to know more about Clifton feel free to call me on 202-889-8470 I'm available on Monday's.

Sincerely,

Hazel Curtis

5/11/06
Leave to file
granted.
[signature]
USDJ