May 12, 2006

Honorable Judge James Robertson
United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Re: People vs. Clifton Curtis #280302

FILED
MAY 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Honorable Judge Robertson,

I'm writing to you on behalf of my good friend of many years, Mr. Clifton Curtis. I've known Clifton for roughly 11 years as a friend and confidant. I can confirm that he is a man of great integrity, extreme dedication to family and friends and is entirely peaceful and fun loving. Clifton is known for doing things like helping his neighbors and giving freely of himself to those in need.

Like Clifton, I am also a native Washingtonian. We both grew up in the Southeast section of DC and neither of us had it easy, but sir we are the exceptions. We made it out. I am a graduate of both Frank W. Ballou High School and Howard University Business School. I met Clifton in my sophomore year at Howard and he was always encouraging me in my studies and was open to learning as much as he could about the world of business. Shortly after this, Clifton started his own small business. The first thing he did in establishing his business was to go back into the community and offer employment to those who needed it most. I've learned a number of things from Clifton over the years as well. Before this incident Clifton was a burgeoning Sportswear and Urban Apparel designer. His business was beginning to flourish and expansion was on the horizon for him. He is one of the hardest working men I've ever known. Clifton was always in his store, 2 Man Gear, a name he decided on after learning the reference in the Bible. He oversaw all operations and personnel with no formal education.

Judge Robertson, I ask that you please take a look at the whole life of Clifton. He is one worth saving. He's a good man, son, father, brother and member of the community. He cares about those around him, about life and family. Clifton has turned his life into one that should be viewed as an example for all young people and not just in the urban community. He came from humble beginnings but with his will to succeed and family love and support he has worked to become one of the future business leaders of this community. As I'm sure you can tell, I care very much for Clifton but more than that I care about the young people of my community having positive images like Clifton.

Thank you for your time and attention.

Very Respectfully,

Mary A. Johnson
2509 Corning Avenue, #102
Ft. Washington, MD 20744