FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CR 05-0202

Leave to file
granted
[signature]
USDJ

Dear Judge Robertson,

## Sentence Reduction Motion

I am writing you this letter to ask you for a second chance. I have been lock up for a while. I them miss out on the good and bad of my family. I know i can't stop what God has planed but i can be their for them. Your Honor i know my mistake i made was bad. I try to make up for some of that. I have been working and going to school. I have learn so much more of just being lock up. I need to be helping my family and your honor i have always work. My family needs me to your honor. I am more responsable. Please your Honor take in consideration of my back round and that i was a good person a good husband a good father. Your Honor any leancy you can give me i promise you i will take avantage of it.

Your Honor you have the authority to help me whole again. I realy hope that you could have more faith in me and trust me to give me a second chance. I have been in hear trying to learn how to help kids go out and make the same mistake i made. Your Honor this is my first time lock up. and trust me it will be my last time. Your Honor i am just trying to get home before my son graduation to 9 grade. I then miss out on alot these few years i realy don't want to miss out on that. Your Honor i have 4 years to go. My son graduation in three please help me.



To Judge Robertson
from Clifton Curtis