UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CR 05-202-01 (JR) |
| **CLIFTON JAMES CURTIS** | : | |

**NOTICE OF APPEARANCE**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

            Respectfully submitted,

            A.J. KRAMER
            FEDERAL PUBLIC DEFENDER

              /s/
            _____
            MARY MANNING PETRAS
            Assistant Federal Public Defender
            625 Indiana Avenue, N.W., Suite 550
            Washington, D.C.  20004
            (202) 208-7500